■ MICHAEL SULTAN, Petitioner, v DEPARTMENT OF STATE OF THE STATE OF NEW YORK, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the Secretary of State of the State of New York, dated October 18, 1978, and made after a hearing, which found that petitioner had demonstrated untrustworthiness and revoked his real estate broker's license. Determination confirmed and proceeding dismissed on the merits, with costs. We have examined the petitioner's contentions and have found them to be without merit. There was substantial evidence to support the determination (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Hopkins, J. P., Suozzi, Gulotta and Cohalan, JJ., concur.

■ HARRY F. THORNE et al., Respondents, v LAURA B. VOGLER FOUNDATION, INC., et al., Appellants, et al., Defendants.—In an action pursuant to article 15 of the Real Property Actions and Proceedings Law, *inter alia,* to declare that certain property owned by defendants is burdened with certain easements appurtenant to lands owned by the plaintiffs, the appeals are from (1) an order of the Supreme Court, Suffolk County, dated January 10, 1978, which denied defendants' motion to be relieved of a stipulation arrived at in open court prior to the trial of the action and (2) a judgment of the same court entered March 15, 1978, which implemented the said stipulation. Appeal from the judgment is dismissed. No appeal lies from a judgment entered upon consent. Order affirmed for the reasons set forth in the memorandum decision of Mr. Justice Geiler at Special Term. The respondents are awarded one bill of $50 costs and disbursements. Lazer, J. P., Rabin, Shapiro and Margett, JJ., concur.